IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01621-BNB

JAMES WILLIAMS,

    Plaintiff,

v.

C. MAESTAS, C/O,
J. JONES, AW,
H. A. RIOS, Warden, and
RICHARD SCHOTT, RC,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 17 2008

GREGORY C. LANGHAM
              CLERK

## ORDER OF DISMISSAL

Plaintiff James Williams, a federal prisoner, currently is incarcerated at a United States Bureau of Prisons' facility in White Deer, Pennsylvania. On October 1, 2008, Magistrate Judge Boyd N. Boland entered an Order granting Plaintiff leave to proceed pursuant to 28 U.S.C. § 1915. The Order required Plaintiff to pay the full amount of the $350.00 filing fee in installments and directed him to pay an initial partial filing fee of $10.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warned Plaintiff that if he failed to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

As opposed to either paying the $10.00 fee or submitting a current certified copy of his trust fund account statement showing cause why he has no assets and no means by which to pay the designated fee, Plaintiff filed a statement on November 4, 2008, in which he claims he has extraordinary circumstances that justify his being exempt from paying court filing fees. He specifically claims that the issues he raises in the instant case pertain to the destruction of legal documents that are material evidence in his appeal of his death penalty sentence in the State of Pennsylvania. Mr. Williams further asserts that all of his resources are used to challenge his death penalty sentence.

Magistrate Judge Boland instructed Mr. Williams to file a current certified copy of his trust fund account statement if he did not have sufficient assets or means to pay the $10.00 initial partial filing fee. Mr. Williams has failed to comply with the October 1, 2008, Order and provide a current certified copy of his account statement, which would show what funds he has available in his account. To the extent that Mr. Williams' destruction of legal materials claim is of an extraordinary nature and relates to his death penalty sentence, the claim should be at issue in his appeal of that sentence. As for proceeding in this case pursuant to 28 U.S.C. § 1915, Mr. Williams is required to comply with § 1915(b). Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Plaintiff's failure either to pay an initial partial filing fee of $10.00 or to

show cause why he has no assets and no means by which to pay the designated initial partial filing fee within thirty days of the October 1, 2008, Order.

DATED at Denver, Colorado, this 14 day of Nov., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01621-BNB

James Williams
Reg. No. 31734-037
USP - Allenwood
PO Box 3000
White Deer, PA 17887

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/7/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk