IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01621-ZLW

JAMES WILLIAMS,

Plaintiff,

v.

C. MAESTAS, C/O,
J. JONES, AW,
H. A. RIOS, Warden, and
RICHARD SCHOTT, RC,

Defendants.

---

ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff James Williams, a federal prisoner, who currently is incarcerated at a United States Bureau of Prisons' facility in White Deer, Pennsylvania, filed a *pro se* pleading titled, "Motion and Affidavit to Clarify Record and Proceed In Forma Pauperis Due to Extraordinary Circumstances," on December 22, 2008. The Court must construe the Motion liberally because Mr. Williams is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243.

Mr. Williams' Motion, which was filed more than ten days after the Judgment was entered, will be construed as a Motion to Reconsider filed pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed this action without prejudice after Mr. Williams failed within the time allowed either to pay the $10.00 initial partial filing fee or to submit a current certified copy of his trust fund account statement showing cause why he has no asserts and no means by which to pay the designated fee. Upon consideration of the Motion to Reconsider and the entire file, the Court finds that Mr. Williams fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Mr. Williams now is attempting to submit a copy of his account statement, which he failed to do previously. The statement, however, is deficient as it is not certified by a prison official. Mr. Williams is reminded that the Complaint and action were dismissed without prejudice. If he desires to proceed with his claims, Mr. Williams may file a new action. Accordingly, it is

ORDERED that the Motion, (Doc. No. 14), filed December 22, 2008, is construed as a Motion to Reconsider, pursuant to Fed. R. Civ. P. 60(b), and is denied.

DATED at Denver, Colorado, this 30 day of December, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01621-ZLW

James Williams
Reg No. 31734-037
US Penitentiary Allenwood
P.O. Box 3000
White Deer, PA 17887

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/30/08

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk